**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Respondent, ) <br> v. ) <br> ) <br> MARISA A. SOTO, ) <br> ) <br> Defendant/Petitioner ) <br> _____) | Case No. ***EDCV 12-00972 VAP*** <br> EDCR 07-00027 VAP <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>August 15, 2012</u>   _____
                                              VIRGINIA A. PHILLIPS
                                           United States District Judge